UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIA WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants. | Case No. 19-cv-01811-BLF (SVK)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 59 |

On April 27, 2020, Plaintiffs filed a motion pursuant to Civil Local Rule 7-11 asking this Court for one (1) additional page of argument in the parties' Joint Discovery Letter Brief. Dkt. 59. Plaintiffs represent that all Defendants are in agreement with this request. Dkt. 59-1 at 2. Accordingly, the Court **GRANTS** Plaintiffs' request. The Joint Discovery Letter Brief may contain one (1) additional page of argument only.

**SO ORDERED.**

Dated: April 28, 2020

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge