UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIA WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants. | Case No.  19-cv-01811-BLF (SVK)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 61 |

On April 28, 2020, the parties filed the instant joint discovery letter brief. Dkt. 61. Plaintiffs seek to depose the Persons Most Knowledgeable within the Salinas Police Department about eight (8) topics and the Persons Most Knowledgeable within County of Monterey about seventeen (17) topics. *Id.*; *see also* Dkt. 61-1, Dkt. 61-2. Plaintiffs served the deposition notices on April 13, 2020, noticing the depositions for May 13, 2020. Dkt. 61, Dkt. 61-1, Dkt. 61-2. Defendants objected. Dkt. 61 at 1. In response, Plaintiffs offered to set the depositions for June 4-5, 2020 if Defendants provided the requested documents by May 15, 2020. *Id*. at 1, 5. Defendants declined, and the parties filed this joint letter brief. Dkt. 61.

This dispute appears to have been born out of the COVID-19 crisis and the pressure it is exerting on civil discovery schedules. Shelter-in-Place orders, as well as other directives of federal, state, and local governments, must be observed. Courts, parties, and counsel must adapt, and importantly, work together to keep cases on track. Some cases present exigencies that require a court to balance public health concerns with the efficient administration of justice. However, this case, in which fact discovery does not close until November 30, 2020, is not one of them. *See* Dkt. 50.

The Court recognizes Plaintiffs' need to move this case forward. The Court also notes that across all civil cases, more work, including discovery, is being conducted via remote technologies.

At some point it may become necessary to employ such technologies in this case. On the other hand, technological solutions can be cumbersome and challenging and may not be the most efficient or effective means of witness preparation, especially where, as here, there may be ample time to allow for in-person sessions.

Accordingly, assuming Monterey County's Shelter-in-Place orders are substantially lifted by May 31, 2020, the Court **ORDERS** that the depositions may begin the week of June 29, 2020. This date should allow for stabilization of work routines and schedules such that in-person witness preparations may take place. The Court **ORDERS** the parties to meet and confer and reach an agreement on specific dates and times for depositions by June 5, 2020, or any other deadline to which all parties agree. If the parties are unable to reach an agreement by June 5 (or other agreed upon date), they may make a further submission to the Court, and the Court will set the depositions without further input from either side. The Court cautions the parties that this outcome is rarely satisfactory to counsel or the deponents.

If Monterey County continues to have restrictive Shelter-in-Place orders beyond May 31, 2020, the Court **ORDERS** the parties to meet and confer as to next steps with the foregoing admonitions in mind. If the parties are unable to reach an agreement, Plaintiffs may seek an order for the depositions to proceed remotely.

**SO ORDERED.**

Dated: May 5, 2020

SUSAN VAN KEULEN
United States Magistrate Judge