**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MONIA WILLIAMS, individually and as Guardian *ad Litem* for minors L.S. and Q.S., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No. 19-cv-01811-BLF <br><br> **ORDER GRANTING RENEWED *EX PARTE* PETITION FOR APPROVAL OF MINORS' COMPROMISE** <br><br> [Re: ECF 106] |

Before the Court is Plaintiffs' renewed *Ex Parte* Petition for Approval of Minors' Compromise. *See* Renewed Petition, ECF 106. The renewed petition is GRANTED for the reasons discussed below.

Plaintiff Monia Williams ("Williams"), individually and as Guardian *ad Litem* for her two minor children, Plaintiffs L.S. and Q.S., filed this action against the County of Monterey, the City of Salinas, and several individuals following the removal of L.S. and Q.S. from her care. Two defendants, Josefina Duran and Marcos Estrada, have agreed to settle Plaintiffs' claims against them for $40,000. On December 4, 2020, Plaintiffs filed an *Ex Parte* Petition for Approval of Minors' Compromise. *See* Petition, ECF 102. The petition proposed that the $40,000 in settlement funds be distributed as follows: $9,451.47 to counsel for reimbursement of costs incurred; $12,274.26 to counsel for attorneys' fees incurred; $6,272.27 to Ms. Williams; $6,000 to L.S.; and $6,000 to Q.S. *See id.* at 3. The Court determined that the proposed distribution was "fair and reasonable" to the minor plaintiffs, L.S. and Q.S., as required under *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). *See* Order Denying *Ex Parte* Petition at 1-2, ECF 105. However, the Court declined to approve the minors' compromise because the petition indicated that $2,500 of each minor's recovery would be retained by counsel to offset future

litigation costs.  *See id.* at 3.  The Court noted that Plaintiffs had not cited, and the Court had not discovered, any case in which a minor's settlement proceeds were retained by the minor's counsel to cover future litigation costs.  *See id.*  The Court denied the petition on that basis.  *See id.*

Plaintiffs have filed a renewed petition, proposing the same distribution of the $40,000 in settlement funds,[1] but providing that the entirety of L.S.'s $6,000 recovery will be placed in a blocked savings account for the benefit of L.S., and the entirety of Q.S.'s $6,000 recovery will be placed in a blocked savings account for the benefit of Q.S.  *See* Renewed Petition at 6, ECF 106.  With that modification, the Court GRANTS the renewed petition.

**ORDER**

(1)     The renewed *Ex Parte* Petition for Approval of Minors' Compromise (ECF 106) is GRANTED.  The Court APPROVES the settlement of the claims of minors L.S. and Q.S. against Defendants Josefina Duran and Marcos Estrada, as compromised pursuant to the terms of the settlement reached among the parties, and as further described in the renewed *Ex-Parte* Petition for Approval of Minors' Compromise (ECF 106) and this order.

(2)     Plaintiffs' counsel SHALL deposit each minor's settlement proceeds into a blocked savings account for the minor's benefit.  A total of $6,000 shall be deposited into a blocked account for the benefit of L.S., and a total of $6,000 shall be deposited into a blocked account for the benefit of Q.S.  Plaintiffs' counsel shall file a notice informing the Court when those deposits are completed.

(3)     The Court APPROVES the distribution of attorneys' fees and costs to Plaintiffs' counsel as set forth in the Ex-Parte Petition For Approval Of Minors' Compromise (ECF 106).

Dated: December 16, 2020

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] There is a slight discrepancy between the petition and the renewed petition as to Ms. Williams' recovery.  The petition provided that Ms. Williams would recover $6,272.27 while the renewed petition provides that Ms. Williams will recover $6,274.27.  *See* Petition at 3, ECF 102; Renewed Petition at 3, ECF 106.  Ms. Williams has agreed that Plaintiffs' counsel may retain all but $3,000 of her settlement proceeds to offset future litigation costs.