ROBERT R. POWELL, SBN 159747
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

MONIA WILLIAMS, individually and as
GAL L.S. and Q.S., minors,

                Plaintiffs,

    vs.

COUNTY OF MONTEREY, et al.,

                Defendants.

Case No. 5:19-cv-01811-BLF

**[PROPOSED]
ORDER SUPPLEMENTING THE
DECEMBER 16, 2020 ORDER ON
RENEWED EX-PARTE PETITION FOR
APPROVAL OF MINOR'S
COMPROMISE [Dkt. 109]**

      The Court, having received and reviewed the Plaintiffs' Ex-Parte Request To

Supplement December 16, 2020 Order On Renewed Ex-Parte Petition For Approval Of

Minor's Compromise [Dkt. 109], and the Declarations of Monia Williams provided in support

thereof, as well as having reviewed any filings by Defendants in opposition thereto if same

were made, does hereby find and order as follows;

1

1.      The Court finds the information provided by Monia Williams as Guardian ad Litem to minor Plaintiffs Q.S. and L.S. to be true and correct, and to be as follows;

Q█████ █ S██              |      L█████ █ S███
Date of Birth: ████████    |      Date of Birth: ████████
Social Security #:█████████ |     Social Security #:█████████

2.      The Court issues this Order expressly for the purposes of supplementing the prior Order (Docket #109, filed December 16th, 2020) to provide Guardian ad Litem Monia Williams and Wells Fargo Bank N.A. with the information above which the Guardian ad Litem has indicated to this Court is necessary per the guidelines of Wells Fargo Bank N.A. to open the blocked accounts referenced in this Court's prior order (Dkt. 109).  This Order should be considered incorporated in and integral to this Court's prior order for all purposes related to placement of the children's settlement funds in a blocked account the children cannot access until eighteen (18) years of age, with Wells Fargo Bank N.A.

**IT IS SO ORDERED.**

Date: ___March 4___, 2021

HON. BETH L. FREEMAN
U.S.D.C. NORTHERN DISTRICT
OF CALIFORNIA

Case No. 5:19-cv-01811-SVK