United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIA WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 19-cv-01811-BLF<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER MODIFYING MOTIONS *IN LIMINE* AS TO EXPERTS**<br><br>[Re: ECF 149] |

The Court has reviewed Plaintiffs' Administrative Motion for Order Modifying Motions *in Limine* Specifically as to Experts (ECF 149) and Defendants' opposition thereto (ECF 153). Plaintiffs seek relief from the provisions of the Court's Standing Order Re Civil Jury Trials limiting each side to five motions *in limine* of no more than five pages in length. The purpose of these limitations is to conserve judicial resources while still allowing the parties to raise those issues they deem most important to resolve before trial. Although the Court generally expects the parties to resolve *Daubert* issues through motion practice before motions *in limine* are due, the Court permits *Daubert* challenges to be raised in motions *in limine* as a failsafe measure. The Court has never contemplated or permitted use of motions *in limine* in the fashion proposed by Plaintiffs, that is, to mount multiple *Daubert* challenges against multiple experts in oversized briefs.

Plaintiffs have not demonstrated good cause to deviate from the Court's established procedures, which Plaintiffs acknowledge were highlighted by the Court at the Initial Case

1  Management Conference held more than a year ago on November 21, 2019.  *See* Pls.' Admin.

2  Mot. at 2, ECF 149.  To the extent Plaintiffs suggest that they were not given adequate notice of

3  Defendants' experts, the parties negotiated and stipulated to all discovery and disclosure deadlines

4  in this case.  *See* Stipulation and Order, ECF 50; Order of the Court, ECF 101.  The failure to

5  leave adequate time in the negotiated schedule to allow for the multiple *Daubert* challenges

6  Plaintiffs now wish to bring does not provide a basis for relief from the Court's standing order.

7        Accordingly, Plaintiffs' Administrative Motion for Order Modifying Motions *in Limine*

8  Specifically as to Experts (ECF 149) is DENIED.  The parties are advised that if they use their

9  motions *in limine* to raise *Daubert* challenges, each motion *in limine* may be used to challenge

10  only a single expert.  If multiple experts are challenged in a motion *in limine*, the Court will

11  consider that motion *in limine* only as to the first expert addressed and it will strike the remainder

12  of the motion *in limine*.

14  Dated:  March 10, 2021

                                                   BETH LABSON FREEMAN
                                                   United States District Judge