LESLIE J. GIRARD, SBN 098986
County Counsel
SUSAN K. BLITCH, SBN 187761
Assistant County Counsel
JANET L. HOLMES, SBN 107639
Deputy County Counsel
MARINA S. PANTCHENKO, SBN 293014
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: HolmesJL@co.monterey.ca.us
PantchenkoMS@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY, LINDA CASTILLO, CHRISTINE LERABLE, and CHARLENE LORD

Jon R. Giffen (SBN 142158)
Crystal M. Gaudette (SBN 247712)
Zachary A. Streiff (SBN 307792)
KENNEDY, ARCHER & GIFFEN
Attorneys at Law
24591 Silver Cloud Court, Suite 200
Monterey, CA  93940
Telephone (831) 373-7500
Facsimile  (831) 373-7555
jgiffen@kaglaw.net | cgaudette@kaglaw.net | zstreiff@kaglaw.net
Attorneys for Defendant
JUSTIN RICKS

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| MONIA WILLIAMS, individually and as GAL L.S. and Q.S., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY, et al.<br><br>Defendants. | CASE NO.  19-cv-01811-BLF<br><br>**DECLARATION OF ZACHARY A. STREIFF IN SUPPORT OF DEFENDANTS LINDA CASTILLO, CHELSEA CHACON, AND JUSTIN RICKS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE REGARDING SUA SPONTE RECONSIDERATION**<br><br>(*Exempt from filing fees pursuant to Gov. Code §6103)<br><br>Trial Date:   June 21, 2021<br>Time:         9:00 a.m.<br>Courtroom:    3, 5th floor<br>Judge:        Beth Labson Freeman |

1

*Monia Williams, et al. v. County of Monterey, et al.*                                            Case No.  19-cv-01811-BLF
Declaration of Zachary A. Streiff in Support of Motion

1   I, Zachary A. Streiff, declare as follows:

2   1. I am an attorney at the law firm Kennedy, Archer & Giffen, attorneys of record in the above-captioned litigation for Defendant Justin Ricks. I declare the following facts based on my personal knowledge, and if called to testify thereto, could competently do so.

3   2. I am familiar with the briefing on Defendants' opposition to Plaintiffs' motion for reconsideration. I conferred with the Defendants' counsel who drafted the opposition and was aware of the various factors taken into consideration in drafting the brief.

4   3. Substantially all of Defendants' opposition brief to Plaintiffs' request for ordinary reconsideration was devoted to demonstrating the manner in which Plaintiffs failed to meet the standard under the Civil Local Rules for obtaining such relief. Defendants made no attempt to negate the possibility of sua sponte relief, because such a prospect had not been raised in any of Plaintiffs' filings.

5   4. On May 6, 2021, the Court held a pretrial conference, during which Plaintiffs' motion for reconsideration was argued. I personally attended this conference by videoconference link. During the argument on Plaintiffs' motion for reconsideration, the Court indicated that it was considering the possibility of granting sua sponte reconsideration relief to Plaintiffs. The Court also accurately remarked that Defendants' existing briefing was not of assistance in evaluating the decision whether to grant sua sponte relief because Defendants had focused on the procedural prerequisites applicable to ordinary reconsideration.

6   5. The Court took the decision on Plaintiffs' motion for reconsideration under submission, and as of the date this declaration is executed, the Court has not yet issued a decision on the merits of the motion.

7   6. On May 7, 2021, I sent an electronic mail message to Plaintiffs' counsel requesting a stipulation with regard to the instant administrative motion. On May 10, 2021, Plaintiffs' counsel indicated that Plaintiffs refused to so stipulate. A true and correct copy of my message and Plaintiffs' response is attached hereto as **Exhibit A**.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  11th day of May, 2021 at Monterey, California.

By   */s/ Zachary A. Streiff*
    Zachary A. Streiff

# EXHIBIT A

# Zach Streiff

| | |
|---|---|
| **From:** | Robert Powell <rpowell@rrpassociates.com> |
| **Sent:** | Monday, May 10, 2021 7:38 AM |
| **To:** | Zach Streiff |
| **Cc:** | Michael Mutalipassi; Jan Holmes (holmesjl@co.monterey.ca.us); Pantchenko, Marina S. x5366; Legal Admin; Sean Reichhold; Mari Carrington; Sarah Paulson; Jon Giffen; Diane Johnson; Jo-Anne Boilard |
| **Subject:** | RE: Williams - Request for Stipulation on Admin Motion Re: Briefing on Sua Sponte Reconsideration |

Zach, I am not sure what you think happened, even though I realize she did use the word "sua sponte." 1st of all a judge can absolutely sua sponte do anything. 2nd of all a judge has an absolute duty to make corrections to its own rulings. 3rd of all I think she just misspoke because she was obviously not sua sponte granting reconsideration, we were there discussing a filed motion!
 I think you run the risk of upsetting her as she was pretty adamant about not receiving any further motions but either way I am not going to stipulate to the filing you are requesting. And if she does get your motion will that is OK in a sense because there is some other law that she got wrong based on Supreme Court authority, however I intended to address it at a different time.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Zach Streiff <zstreiff@kaglaw.net>
Date: 5/7/21 4:13 PM (GMT-08:00)
To: Robert Powell <rpowell@rrpassociates.com>
Cc: Michael Mutalipassi <michaelmu@ci.salinas.ca.us>, "Jan Holmes (holmesjl@co.monterey.ca.us)" <holmesjl@co.monterey.ca.us>, "Pantchenko, Marina S. x5366" <PantchenkoMS@co.monterey.ca.us>, Legal Admin <admin@rrpassociates.com>, Sean Reichhold <sreichhold@rrpassociates.com>, Mari Carrington <mcarrington@rrpassociates.com>, Sarah Paulson <spaulson@rrpassociates.com>, Jon Giffen <jgiffen@kaglaw.net>, Diane Johnson <djohnson@kaglaw.net>, Jo-Anne Boilard <JBoilard@kaglaw.net>
Subject: Williams - Request for Stipulation on Admin Motion Re: Briefing on Sua Sponte Reconsideration

Good afternoon Bob,

I write to request a stipulation related to the filing of an administrative motion under Northern District Civil L.R. 7-11.

The requested relief is to permit additional concise briefing on the issue raised for the first time by the Court at the pretrial conference yesterday of granting sua sponte reconsideration relief to Plaintiffs. Our proposal is to permit an additional 5-page brief "per side" (all Defendants share a single 5-page allotment; same for all Plaintiffs). The proposed briefing deadline would be approximately within the next week, but I am open to your thoughts on that issue, and in any event, the Court will ultimately decide when it wants briefs, if any.

If you are amenable to the above proposal (or any slight variation of the above), please indicate your agreement. If you do not agree to Defendants' proposal, I would still appreciate a response confirming that fact.

Thank you,

**Zachary A. Streiff** | Kennedy, Archer & Giffen, Inc. | 24591 Silver Cloud Court, Suite 200 | Monterey, CA 93940 | 831-373-7500 | fax: 831-373-7555 | zstreiff@kaglaw.net | www.kaglaw.net

***This message may be protected by the attorney-client privilege and/or work product doctrine. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.***