# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MONIA WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 19-cv-01811-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE COUNTY DEFENDANTS' MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>[Re: ECF 221] |

The County Defendants' Motion for Writ of Habeas Corpus ad Testificandum (ECF 221) is DENIED WITHOUT PREJUDICE. The Court is amenable to issuing a Writ directing the Carson City Sheriff's Department to bring Khalil Deshaun Williams before this Court to testify at trial. However, it is the Court's understanding that once such Writ is issued, it is the responsibility of the County Defendants to serve the Writ on the Carson City Sheriff's Department and to arrange for transportation and housing of the witness. The proposed order improperly places responsibility for service of the Writ and coordination of transportation on the United States Marshals Service. It is the Court's understanding that the United States Marshals Service does not bear responsibility for these tasks in a civil action.

The County Defendants may submit a renewed motion accompanied by a proposed order allocating to the County Defendants the responsibility to serve the Writ and to arrange for transportation and housing of the witness. If the County Defendants believe that the United States Marshals Service bears responsibility for these tasks in a civil action, the County Defendants may cite the relevant authority in such renewed motion.

**IT IS SO ORDERED.**

Dated: May 25, 2021

_____
BETH LABSON FREEMAN
United States District Judge