**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MONIA WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No.  19-cv-01811-BLF<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF TO CONTINUE/ADVANCE TRIAL**<br><br>[Re: ECF 255] |

Defendants have filed an administrative motion to reschedule the trial from February 25, 2022 to a date before January 4, 2022 or a date after July 1, 2022. Defendants state that their motion is necessitated by the unavailability of witness Whitney Lopez, who is pregnant and expecting to deliver in late January 2022 or early February 2022. The Court has considered Defendants' motion (ECF 255), Plaintiffs' opposition (ECF 257), and Defendants' Supplemental Declaration of Marina Pantchenko (ECF 258).

The Court cannot grant Defendants' request. The Court has been advised that there is no jury availability for an additional trial in 2021, and the Court does not have availability for a trial in July 2022. Accordingly, Defendants' administrative motion is DENIED.

If Defendants wish to present Ms. Lopez's testimony at trial, they must depose her and offer her deposition testimony at trial. The cost of such deposition shall be borne by Defendants. If Ms. Lopez's deposition is taken, all parties shall be given an opportunity to examine Ms. Lopez as if she were testifying at trial.

The trial remains as scheduled, with jury selection set to commence on February 25, 2022.

**IT IS SO ORDERED.**

Dated: October 6, 2021

　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge