ROBERT R. POWELL   SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 / F: (408) 553-0203
E: admin@rrpassociates.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| MONIA WILLIAMS, individually and as Guardian ad Litem for L.S., Q.S., minors,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　　Defendants. | Case No.: 19-CV-01811-BLF<br><br>[~~REVISED PROPOSED~~]<br>ORDER RE: PLAINTIFFS' EX-PARTE PETITION FOR MINOR'S COMPROMISE<br><br>Judge Beth Labson Freeman |

　　　Before the Court is Plaintiffs' Ex Parte Petition for Minors' Compromise. *See* Petition, ECF 308. The renewed petition is GRANTED for the reasons discussed below.

　　　Plaintiff Monia Williams ("Williams"), individually and as Guardian ad Litem for her two minor children, Plaintiffs L.S. and Q.S., filed this action against the County of Monterey, the City of Salinas, and several individuals following the removal of L.S. and Q.S. from her care. The Defendants in this action have agreed to settle with Plaintiff all claims for the

1

Order Re: Pltfs. Pet. For Minors' Comp.
*Williams, et al., v. County of Monterey, et al.*
U.S. District Court – Northern District
Case No.: 19-CV-01811-BLF

amount of $1,200,000.00. On March 22, 2022, Plaintiffs filed an Ex Parte Petition for Minors' Compromise. *See* Petition, ECF 308. The petition proposed that the $1,200,000.00 in settlement funds be distributed as follows: $110,000.00 to counsel for reimbursement of costs incurred, applied pro-rata to the percentage of the recovery by the Plaintiffs as between them; $600,000.00 to counsel per the agreed upon 50% contingency fee; $245,000.00 (after reimbursement of 50% of the costs to Plaintiffs' counsel) to Ms. Williams; $122,500.00 to L.S.; and $122,500.00 to Q.S. (after reimbursement of 25% each of the costs to Plaintiffs' counsel). *See id*. at 3.

The Court has determined that the proposed distribution is "fair and reasonable" to the minor plaintiffs, L.S. and Q.S., as required under *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011).

**ORDER**

(1) The Ex Parte Petition for Minors' Compromise (ECF 308) is GRANTED. The Court APPROVES the settlement of the claims of minors L.S. and Q.S. against all Defendants, as compromised pursuant to the terms of the settlement reached among the parties, and as further described in the Ex-Parte Petition for Minors' Compromise (ECF 308) and this order.

(2) The Court APPROVES the distribution of attorneys' fees and costs to Plaintiffs' counsel as set forth in the Ex-Parte Petition For Approval Of Minors' Compromise (ECF 308).

(3) The Court does not require the submission of an Amended Petition for Minor's Compromise provided that the interest rate used to calculate the Periodic Payments provided to the children pursuant to Exhibits A & B submitted with the Declaration of Robert R. Powell [In Support of the Petition] does not decrease more than five percent (5%) by the time

2

Order Re: Pltfs. Pet. For Minors' Comp.
*Williams, et al., v. County of Monterey, et al.*
U.S. District Court – Northern District
Case No.: 19-CV-01811-BLF

the annuity that funds the periodic payments is funded pursuant to the terms of the parties Settlement Agreement and Release.

Dated: 3 / 25 /2022

_____
BETH LABSON FREEMAN
United States District Judge

3

Order Re: Pltfs. Pet. For Minors' Comp.
*Williams, et al., v. County of Monterey, et al.*
U.S. District Court – Northern District
Case No.: 19-CV-01811-BLF